UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Scott Malcolm and Tim McGough, as Trustees of the Carpenters & Joiners Welfare Fund, Twin City Carpenters Pension Master Trust Fund, and Twin City Carpenters Vacation Fund; Scott Malcolm as Trustee of the Carpenters and Joiners Apprenticeship and Journeymen Training Trust Fund, and each of their successors, Michael Gavanda and Gary Larson, as Trustees of the Painters and Allied Trades District Council No. 82 Health Care Fund; Michael Gavanda and William Grimm, as Trustees of the Minneapolis Local 386 Drywall Finishing Industry Pension Fund, Minneapolis Painting Industry Pension Fund, Minneapolis Painting Industry Vacation and Holiday Fund; Michael Gavanda and Robert Swanson, as Trustees of the Minnesota Finishing Trades Training Fund; and each of their successors, Jeff Jewett and John Nakasone, as Trustees of the St. Paul Painting Industry Pension Fund, and St. Paul Painting Industry Vacation Fund; and each of their successors; | Civil No. 07-185 (RHK/JSM)  **ORDER** |

Plaintiffs,

vs.

FRANKLIN DRYWALL, INC. and Philip J. Franklin, individually,

Defendants.

---

Pursuant to the Notice of Voluntary Dismissal (Doc. No. 21), **IT IS ORDERED** that this matter is hereby **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

Dated: January 10, 2008

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United Stated District Judge